## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER LEE KAUFMAN** and **DAMIEN W. KAUFMAN, Individually and as ADMINISTRATORS OF THE ESTATES OF ABIGAIL KAUFMAN, a minor, deceased** and **BRIANNA BAER, a minor, deceased** | **CIVIL ACTION NO:** |
| *Plaintiffs,* | **5:22-cv-03765-JFL** |
| v. | |
| **JETSON ELECTRIC BIKES, LLC** and **WALMART, INC.** | |
| *Defendants.* | **JURY TRIAL DEMANDED** |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed by the undersigned counsel that any and all claims against

Defendant, Walmart, Inc. are hereby dismissed from this action without prejudice.


**KLINE & SPECTER, PC**                    **MCCOY LEAVITT LASKEY LLC**


*/s/ Aaron L. Dunbar*                       */s/ Eugene M. LaFlamme*
THOMAS R. KLINE, ESQ.                      EUGENE M. LaFLAMME, ESQ.
AARON L. DUNBAR, ESQ.                      *(Admitted Pro Hac Vice)*
JOHN P. O'NEILL, ESQ.                      ROMAN G. KLARIC, ESQ.

*Attorneys for Plaintiffs*                 *Attorneys for Defendant,*
                                           *Jetson Electric Bikes, LLC*



*APPROVED:*


_____
**Honorable Joseph F. Leeson, Jr.**