IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jennifer Lee Kaufman & Damien Kaufman, et al. | : : | Civil Action |
| v. | : : | |
| Jetson ELectric Bikes LLC & Target Corp. | : | No.: 5:22-cv-03765-JFL |

ORDER

AND NOW, this 23rd day of March, 20 23, it is hereby

ORDERED that the application of Jared B. Giroux _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED.[1]

[ ] DENIED.

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.                , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.