UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER LEE KAUFMAN and DAMIEN W. KAUFMAN, *Individually and as Administrators of the Estates of Abigail Kaufman, a Minor, Deceased and Brianna Baer, a Minor, Deceased,* Plaintiffs, | : : : : : : |
| v. | : No. 22-cv-3765 : |
| JETSON ELECTRIC BIKES, LLC, and TARGET CORPORATION, Defendants, | : : : |

# **O R D E R**

**AND NOW**, this 5th day of January 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY DECLARED THAT:**

1. Intervenor Joseph T. Blose is not entitled to recover proceeds from the Wrongful Death Act settlement in the above captioned matter;

2. The Court lacks jurisdiction to determine whether Joseph T. Blose is entitled to recover proceeds from the Survival Act settlement in the above captioned matter;

3. The Clerk of Court **SHALL SERVE** this Order upon:

   a. Joseph T. Blose

      Joseph T. Blose, Inmate No. ND6938
      SCI Huntingdon
      1100 Pike Street
      Huntingdon, PA 16652

      b. Attorney Adrian K. Cousens:

         Adrian K. Cousens, Esq.
         Gross McGinley, LLP
         33 South Seventh Street
         PO Box 4060
         Allentown, PA 18105-4060

4. Plaintiffs' Motion to Determine Beneficiary Status, *see* ECF No. 73, is **TERMINATED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge