UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER LEE KAUFMAN and DAMIEN W. KAUFMAN, *Individually and as Administrators of the Estates of Abigail Kaufman, a Minor, Deceased and Brianna Baer, a Minor, Deceased,* Plaintiffs, <br><br> v. <br><br> JETSON ELECTRIC BIKES, LLC, and TARGET CORPORATION, Defendants. | No. 22-cv-3765 |

## O R D E R

**AND NOW**, this 23rd day of January, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT** the Motion to Seal the Petition for Approval, ECF No. 92, is **DENIED**. The parties **SHALL** file an unredacted version of the Petition for Approval.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge