UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER LEE KAUFMAN, Individually as ADMINISTRATOR OF THE ESTATE OF BRIANNA BAER, a minor, deceased and, DAMIEN W. KAUFMAN and JENNIFER LEE KAUFMAN, Individually and as ADMINISTRATORS OF THE ESTATES OF ABIGAIL KAUFMAN, a minor, deceased<br><br>*Plaintiffs*,<br>v.<br><br>JETSON ELECTRIC BIKES, LLC<br><br>and<br><br>TARGET CORPORATION<br><br>*Defendants.* | CIVIL ACTION NO:<br><br>5:22-cv-03765-JFL<br><br><br><br>JURY TRIAL DEMANDED |

## ORDER

**AND NOW**, this 16th day of February, 2024, upon consideration of Plaintiffs' Amended Petition for Approval of Settlement, *see* ECF No. 96, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Petition is hereby **GRANTED.**

**IT IS FURTHER ORDERED** and **DECREED** that the gross settlement proceeds of $38,500,000.00 be distributed as follows:

| | |
|---|---|
| GROSS SETTLEMENT: | $38,500,000.00 |
| TOTAL PAYABLE TO KLINE & SPECTER, PC | $15,571,799.49 |
| Payable to: Kline & Specter, PC<br>Attorney's Fee: 40% Contingency Fee | $15,285,467.00 |
| Payable to: Kline & Specter, P.C.<br>Reimbursement for costs | $286,332.49 |

1

| | |
|---|---|
| Medical Liens | $24,427.58[1] |
| NET AMOUNT FOR DISTRIBUTION | $22,903,772.93 |
| **Estate of Abigail Kaufman, deceased (50% of net amount for distribution)** | $11,451,886.46 |
| Wrongful Death Claim (80%) | $9,161,509.17 |
| TO:  Jennifer Lee Kaufman (50%) *(Decedent's mother)* | $4,580,754.58 |
| TO:  Damien Kaufman (50%) *(Decedent's father)* | $4,580,754.58 |
| Survival Claim (20%) | $2,290,377.29 |
| TO:  Jennifer Lee Kaufman and Damien Kaufman, Administrators of the Estate of Abigail Kaufman, deceased, to be distributed after the payment of any and all estate debts, expenses, estate attorney fees, costs and applicable taxes, provided that counsel shall not distribute any funds to said administratrix until a copy of this order is filed with the Register of Wills and the additional security as may be required by the Register of Wills pursuant to 20 Pa.C.S. § 3323(b)(3) is posted. | $2,290,377.29 |
| **Estate of Brianna Baer, deceased (50% of net amount for distribution)** | $11,451,886.46 |
| Wrongful Death Claim (80%) | $9,161,509.17 |
| TO:  Jennifer Lee Kaufman (50%) *(Decedent's mother)* | $9,161,509.17 |
| Survival Claim (20%) | $2,290,377.29 |

---

[1]  In reviewing the Petition, the Court found what it believes to be a typo as the numbers provided did not total the Gross Settlement Sum.  The Court has adjusted the amount apportioned for 'Medical Liens' to $24,427.58 from $24,247.58 as consistent with Ex. L.

|  |  |
|---|---|
| TO: Jennifer Lee Kaufman, Administratrix of the Estate of Brianna Baer, deceased to be distributed after the payment of any and all estate debts, expenses, estate attorney fees, costs and applicable taxes, provided that counsel shall not distribute any funds to said administratrix until a copy of this order is filed with the Register of Wills and the additional security as may be required by the Register of Wills pursuant to 20 Pa.C.S. § 3323(b)(3) is posted.[1] | $2,290.377.29 |

1.) Defendants' Motion for Leave to File Third-Party Complaint, *see* ECF No. 54, is **DISMISSED** as moot;

2) Plaintiffs' Motion for Leave to File Second Amended Complaint, *see* ECF No. 58, is **DISMISSED** as moot;

3.) This case is **CLOSED**.

                                                  **BY THE COURT:**

                                                  /s/ Joseph F. Leeson, Jr.
                                                  **JOSEPH LEESON JR.**
                                                  **United States District Judge**

---

[1] Distributions of the net distributable estate shall be held in escrow pending determination of the status of Joseph T. Blose under the Survival Act, 42 Pa.C.S. § 8302.